```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

REINARD SMITH,                     :
                                   :      CIVIL ACTION
         Plaintiff,                :      NO. 19-4159
                                   :
    v.                             :
                                   :
ALEX KERSHENTSEF, et al.           :
                                   :
         Defendants.               :

## O R D E R

**AND NOW** this **19th** day of **October 2022**, upon consideration of Plaintiff's motion for summary judgment (ECF No. 50) and the response and reply thereto, and for the reasons stated in the decision of this same date, it is hereby **ORDERED** that the motion is **GRANTED in part** and **DENIED in part**. The motion is **GRANTED** in that summary judgment is entered in favor of Plaintiff and against Defendants as to liability only on Count III of the amended complaint, unlawful repossession under 13 Pa. C.S.A. § 9609. Summary judgment is **DENIED** on Count II of the amended complaint, violation of Pennsylvania Unfair Trade Practices and Consumer Protection Law, 73 Pa. Stat. Ann. § 201-2.

       **AND IT IS SO ORDERED.**

*Eduardo C. Robreno*
       **EDUARDO C. ROBRENO,    J.**